IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv128

| | |
|---|---|
| DANIE A. JOHNSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TRIAD DESIGN GROUP, P.A., et al., )<br>)<br>    Defendants. )<br>_____ ) | ORDER |

The Court **DIRECTS** the parties to confer and conduct the Initial Attorney's Conference, as provided in Local Rule 16.1, within fourteen (14) days of the entry of this Order. The parties shall file the Certification of Initial Attorney's Conference within seven (7) days of holding the Initial Attorney's Conference.

Signed: December 29, 2011

Dennis L. Howell
United States Magistrate Judge