THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv128

| | |
|---|---|
| DANIE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **O R D E R** |
| | ) |
| TRIAD DESIGN GROUP, P.A.; | ) |
| SAMET CORPORATION; | ) |
| L. ALLAN HILL, individually; | ) |
| and JOHN PARROTT WARREN, | ) |
| individually, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' Consent Motion to Stay [Doc. 36]. The Court held a hearing on the parties' Motion on June 27, 2012.

For the reasons stated in open court, the Motion to Stay is denied. The Court, however, will amend the Pretrial Order and Case Management Plan to extend certain deadlines in this case.

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion to Stay [Doc. 36] is **DENIED**.

**IT IS FURTHER ORDERED** that the Pretrial Order and Case Management Plan [Doc. 32] previously entered in this matter is hereby **AMENDED** as follows:

(1) Reports for retained experts under Rule 26(a)(2) will be due from the Plaintiff no later than **November 1, 2012**, and from the Defendants no later than **December 1, 2012.**

(2) All discovery shall be completed no later than **December 31, 2012**.

(3) Mediation shall be completed by **January 15, 2013**.

(4) All motions except motions *in limine* and motions to continue shall be filed no later than **January 31, 2013**.

(5) Trial is scheduled to commence with a jury during the first civil trial term beginning on or after **May 13, 2013**.

**IT IS SO ORDERED.**

Signed: July 2, 2012

Martin Reidinger
United States District Judge