```
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00128-MR-DLH
```

| | |
|---|---|
| DANIE A. JOHNSON,               )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>   vs.                          )<br>                                 )<br>                                 )<br>TRIAD DESIGN GROUP, P.C.;        )<br>SAMET CORPORATION;               )<br>L. ALLAN HILL, Individually; and )<br>JOHN PARROTT WARREN,             )<br>                                 )<br>          Defendants.           )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion for Summary Judgment of Triad Design Group, P.C., L. Allan Hill, and John Parrott Warren [Doc. 47] and its supporting memorandum [Doc. 48].

The Pretrial Order and Case Management Plan previously entered in this case provides, in pertinent part, that a brief filed in support of any motion must be in at least 14 point type. [Doc. 32 at 5]. The brief filed in support of the Defendants' Motion for Summary Judgment [Doc. 48] fails to comply with this requirement.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Summary Judgment [Doc. 47] and its accompanying memorandum [Doc. 48] are **STRICKEN** for failure to comply with the requirements of the Pretrial Order and Case Management Plan. The Defendants may file an amended motion and supporting brief within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: February 4, 2013

Martin Reidinger
United States District Judge