THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00128-MR-DLH

| | | |
|---|---|---|
| DANIE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| TRIAD DESIGN GROUP, P.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' report to chambers that this matter has settled.

The Court will allow the parties until 12:00 p.m. on Thursday, May 9, 2013, to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **May 9, 2013 at 12:00 p.m.**

**IT IS SO ORDERED.**   Signed: April 25, 2013

Martin Reidinger
United States District Judge